**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HSH Nordbank AG    v.   United States

No. 15-5125

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☑ As counsel for:   HSH Nordbank AG
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David Coventry Smith |
| Law firm: | Kilpatrick Townsend & Stockton LLP |
| Address: | 607 14th Street, NW, Suite 900 |
| City, State and ZIP: | Washington, DC  20005 |
| Telephone: | (202) 508-5865 |
| Fax #: | (202) 585-0052 |
| E-mail address: | dcsmith@kilpatricktownsend.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/07/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 08/10/2015 | /s/ David C. Smith |
| Date | Signature of pro se or counsel |

cc: David A. Levitt

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 08/10/2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| David C. Smith | /s/ David C. Smith |
| Name of Counsel | Signature of Counsel |

Law Firm: Kilpatrick Townsend & Stockton LLP

Address: 607 14th Street, NW, Suite 900

City, State, ZIP: Washington, DC 20005

Telephone Number: (202) 508-5865

FAX Number: (202) 585-0052

E-mail Address: dcsmith@kilpatricktownsend.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.